UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| CHRISTIAN COUNTY CLERK, by )<br>and through its County Clerk, )<br>MICHAEL KEM, et al. )<br>    )<br>         PLAINTIFFS )<br>    )<br>v.    )<br>    )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., )<br>et al. )<br>    )<br>         DEFENDANTS ) | CIVIL ACTION NO. 5:11-CV-00072-TBR |

## AGREED SCHEDULING ORDER

By agreement of the Plaintiffs, the Christian County Clerk, by and through its County Clerk, Michael Kem and the Washington County Clerk, by and through its County Clerk, Glenn Black; on behalf of themselves and all others similarly situated (hereinafter "Plaintiffs"), and Defendants Bank of America, N.A.; CitiMortgage, Inc.; Corinthian Mortgage Corporation; GMAC Residential Funding Corporation; Merrill Lynch Credit Corporation; JPMorgan Chase & Co.; and Wells Fargo Bank, N.A. (hereinafter collectively "Defendants"), by and through their respective counsel, having conferred regarding the briefing and presentation of arguments on the Defendants' anticipated motions to dismiss, the Court being otherwise duly and sufficiently advised,

IT IS HEREBY AGREED AND ORDERED as follows:

1.   Defendants shall file a joint motion to dismiss Plaintiffs' Complaint no later than July 1, 2011;

2. Plaintiffs shall have up to and including August 1, 2011 to respond to the motion to dismiss filed by the Defendants;

3. Defendants shall have up to and including August 22, 2011 to tender any reply in support of said motion.

4. Other defendants not named in this Order may respond to the Complaint by joining in the joint motion to dismiss to be filed no later than July 1, 2011.

HAVE SEEN AND AGREED:

/s/ Mark K. Gray
Mark K. Gray
Matthew L. White
Doris A. Kim
FRANKLIN GRAY & WHITE
505 W. Ormsby Avenue
Louisville, KY 40203
(502) 637-6000
mgray@franklingrayandwhite.com
mwhite@franklingrayandwhite.com
dkim@franklingrayandwhite.com

J.D. Kermode
John M. Simms
ATKINSON, SIMMS & KERMODE, PLLC
1608 Harrodsburg Road
Lexington, KY 40504
(859) 225-1745
jdk@ask-law.com
jms@ask-law.com

/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
C. Tyson Gorman
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
2500 PNC Plaza
Louisville, KY 40202
(502) 562-7376
ccoryell@wyattfirm.com
tgorman@wyattfirm.com
jbird@wyattfirm.com

*Of Counsel, Pending Pro Hac Vice Admission*

Joseph F. Yenouskas
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4143
jyenouskas@goodwinprocter.com

***Counsel for Defendants Bank of America, N.A. and Merrill Lynch Credit Corporation***

| | |
|---|---|
| *Of Counsel, Pending Pro Hac Vice Admission* | /s/ Christy A. Ames<br>Christy A. Ames<br>STITES & HARBISON, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202-3352<br>(502) 779-5849<br>cames@stites.com |
| Craig L. Lowell<br>D.G. Pantazis, Jr.<br>WIGGINS, CHILDS, QUINN & PANTAZIS<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>(205) 314-0500<br>clowell@wcqp.com | |
| | *Of Counsel, Pending Pro Hac Vice Admission* |
| *Of Counsel, Pending Pro Hac Vice Admission* | Joseph F. Yenouskas<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4143<br>jyenouskas@goodwinprocter.com |
| Brent L. Crumpton<br>BRENT L. CRUMPTON, PC<br>P.O. Box 55955<br>Birmingham, AL 25255-5955<br>(205) 250-0010<br>blc@crumptonlaw.com | **Counsel for Defendant Wells Fargo Bank, N.A.** |
| | /s/ Michael S. Jones<br>Michael S. Jones, Ky. Bar No. 91641<br>GRAYDON HEAD<br>1900 Fifth Third Center, 511 Walnut Street<br>Cincinnati, OH 45202<br>(513) 629-2772<br>mjones@graydon.com |
| **Counsel for Plaintiffs** | |
| | *Of Counsel, Pending Pro Hac Vice Admission* |
| | Lucia Nale<br>Thomas V. Panoff<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>lnale@mayerbrown.com<br>tpanoff@mayerbrown.com |
| | **Counsel for Defendant CitiMortgage, Inc.** |

3

/s/ Jonathan D. Rose
Jonathan D. Rose, Ky. Bar No. 88547
BRADLEY ARANT BOULT CUMMINGS, LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 244-2582
jrose@babc.com

*Of Counsel, Pending Pro Hac Vice Admission*

Michael R. Pennington
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8391
mpennington@babc.com

***Counsel for Defendants Corinthian Mortgage Corporation and GMAC Residential Funding Corporation***

/s/ Dustin E. Meek
Dustin E. Meek
TACHAU MEEK, PLC
3600 National City Tower, 101 South Fifth Street
Louisville, KY 40202
(502) 238-9902
dmeek@tachaulaw.com

*Of Counsel, Pending Pro Hac Vice Admission*

Danielle J. Szukala
BURKE, WARREN, MACKAY &
  SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
(312) 840-7070
dszukala@burkelaw.com

***Counsel for Defendant JPMorgan Chase & Co.***

20339325.1