UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| CHRISTIAN COUNTY CLERK, by and through its County Clerk, MICHAEL KEM; and WASHINGTON COUNTY CLERK, by and through its County Clerk, GLENN BLACK; on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP, INC.; BANK OF AMERICA, N.A.; CCO MORTGAGE CORPORATION; CHASE HOME MORTGAGE CORPORATION; CITIMORTGAGE, INC.; CORINTHIAN MORTGAGE CORPORATION; EVERHOME MORTGAGE COMPANY; GMAC RESIDENTIAL FUNDING CORPORATION; GUARANTY BANK; HSBC FINANCE CORPORATION; MERRILL LYNCH CREDIT CORPORATION; NATIONWIDE ADVANTAGE MORTGAGE COMPANY; SUNTRUST MORTGAGE, INC.; JPMORGAN CHASE & CO.; WELLS FARGO BANK, N.A.; AND WMC MORTGAGE CORPORATION,<br><br>    Defendants. | Case No. 5:11-CV-72-R<br><br>Chief Judge Thomas B. Russell |

**DEFENDANT NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant Nationwide Advantage Mortgage Company moves to dismiss the complaint and all claims asserted against it for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. The reasons for this motion are set forth in the accompanying memorandum in support.

Respectfully submitted,

/s/ Donald L. Miller II
Donald L. Miller II
Kristin M. Lomond
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Telephone:  (502) 423-6390
Facsimile:   (502) 423-6391
dmiller@qpwblaw.com
klomond@qpwblaw.com

*Attorneys for Defendant Nationwide Advantage Mortgage Company*

OF COUNSEL:

Michael H. Carpenter (*pro hac vice*)
Katheryn M. Lloyd (*pro hac vice*)
Carpenter Lipps & Leland LLP
280 Plaza Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone:  (614) 365-4100
Facsimile:  (614) 365-9145
carpenter@carpenterlipps.com
lloyd@carpenterlipps.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2011, I electronically filed the foregoing Motion to Dismiss the Complaint with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to those participants in the CM/ECF system.

/s/ Donald L. Miller II