UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| CHRISTIAN COUNTY CLERK, by and through its County Clerk, MICHAEL KEM; and WASHINGTON COUNTY CLERK, by and through its County Clerk, GLENN BLACK; on behalf of themselves and all other similarly situated, ) ) ) ) ) ) ) ) Plaintiffs, ) v. ) ) MORTGAGE ELECTRONIC REGISTRATION ) SYSTEMS, INC.; MERSCORP, INC.; BANK OF ) AMERICA, N.A.; CCO MORTGAGE ) CORPORATION; CHASE HOME MORTGAGE ) CORPORATION; CITIMORTGAGE, INC.; ) CORINTHIAN MORTGAGE CORPORATION; ) EVERHOME MORTGAGE COMPANY; GMAC ) RESIDENTIAL FUNDING CORPORATION; ) GUARANTY BANK; HSBC FINANCE ) CORPORATION; MERRILL LYNCH CREDIT ) CORPORATION; NATIONWIDE ADVANTAGE ) MORTGAGE COMPANY; SUNTRUST ) MORTGAGE, INC.; JPMORGAN CHASE & CO.; ) WELLS FARGO BANK, N.A.; AND WMC ) MORTGAGE CORPORATION, ) ) Defendants. | Case No. 5:11-CV-72-R<br><br>Chief Judge Thomas B. Russell |

**ORDER**

The Defendant, Nationwide Advantage Mortgage Company, having moved the Court Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the complaint and all claims asserted against it for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted, and the Court having reviewed the Motion and supporting memoranda and being otherwise sufficiently advised,

1

IT IS HEREBY ORDERED that Nationwide Advantage Mortgage Company's motion is GRANTED, and the complaint and all claims against it are hereby DISMISSED with prejudice.

There being no just reason for delay in its entry, this is a final order.

IT IS SO ORDERED.

Prepared By:

/s/ Donald L. Miller, II, Esq.
Donald L. Miller, II, Esq.
Kristin M. Lomond. Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road, Suite 400
Louisville, Kentucky 40222
Email: dmiller@qpwblaw.com
klomond@qpwblaw.com

OF COUNSEL:
Michael H. Carpenter (*pro hac vice*)
Katheryn M. Lloyd (*pro hac vice*)
Carpenter Lipps & Leland LLP
280 Plaza Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone:  (614) 365-4100
Facsimile:  (614) 365-9145
carpenter@carpenterlipps.com
lloyd@carpenterlipps.com
*Attorneys for Defendant Nationwide Advantage Mortgage Company*