IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTIAN COUNTY CLERK, by and through its County Clerk, MICHAEL KEM *et al.*,<br><br>         Plaintiffs,<br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *et al.*,<br><br>         Defendants. | No. 5:11-cv-72-TBR |

**EVERHOME MORTGAGE COMPANY'S FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for defendant EverHome Mortgage Company, certifies that EverHome Mortgage Company is a wholly owned subsidiary of AMC Acquisition, Inc., a Florida corporation, which is wholly owned by EverBank, a federal savings association, which is wholly owned by EverBank Financial Corporation, a privately held Florida corporation.

The undersigned further certifies that no publicly held corporation owns 10% or more of EverHome Mortgage Company's stock.  Defendant EverHome Mortgage Company will notify the Court promptly should this information change.

        Respectfully submitted,

*/s/ Richard A. Vance*
Christy A. Ames, Esq.
Richard Vance, Esq.
Clark C. Johnson, Esq.
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
T: 502-779-5849
F: 502-779-9826
cames@stites.com
rvance@stites.com
cjohnson@stites.com
*Of Counsel*

Thomas M. Hefferon (*pro hac vice* pending)
Joseph F. Yenouskas (*pro hac vice* pending)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
T: 202-346-4029
F: 202-346-4444
thefferon@goodwinprocter.com

*Attorneys for EverHome Mortgage Company*

Dated: July 1, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to those participants in the CM/ECF system.

        */s/ Richard A. Vance*
        Richard A. Vance