UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CIVIL ACTION NO. 5:11CV-00072-M

**CHRISTIAN COUNTY CLERK, by and through**
**its County Clerk, MICHAEL KEM; et. al.**
                                                                        **PLAINTIFFS**

**VS.**

**MORTGAGE ELECTRONIC REGISTRATION**
**SYSTEMS, INC.; et al.**                                **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by the Defendants, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's Memorandum Opinion and Order and the Plaintiffs' Complaint is dismissed with prejudice.

cc:    counsel of record